THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ING BANK, NV, | CASE NO. C17-0336-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPRESS PACIFIC, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 10). "[F]actual allegations relating to the amount of damages are not taken as true. *Curtis v. Illumination Arts, Inc.*, 33 F. Supp. 3d 1200, 1211 (W.D. Wash. 2014). A "plaintiff is required to prove all damages sought in the complaint, and the court must ensure that the amount of damages is reasonable and demonstrated by the evidence." *Id.*

Although Plaintiff's complaint purports to have evidence of the arbitration award it seeks to enforce, the evidence is not attached to the complaint. (*See generally* Dkt. No. 1.) Plaintiff is hereby ORDERED to submit Exhibits A-E referenced in the complaint. The Plaintiff has until Monday, June 12, 2017 to supplement the record. The Court will rule on Plaintiff's motion for entry of default judgment when it receives the appropriate evidence.

1

2     DATED this 8th day of June 2017.

3                                           William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0336-JCC
PAGE - 2