UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ING BANK, N.V., | CASE NO. C17-0336-JCC |
| Plaintiff, | ORDER |
| v. | |
| EXPRESS PACIFIC, LLC, | |
| Defendant. | |

This matter comes before the Court on Plaintiff ING Bank's motion for default judgment (Dkt. No. 10). Defendant Express Pacific was properly served in this matter on March 8, 2017. (Dkt. No. 4; Dkt. No. 6 at 1–2.) Defendant has not voluntarily appeared in this action, and the Clerk has entered an order of default. (Dkt. No. 7.)

"At the default judgment stage, the court presumes all well-pleaded factual allegations related to liability are true." *Curtis v. Illumination Arts, Inc.*, 33 F. Supp. 3d 1200, 1211 (W.D. Wash. 2014); s*ee TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). However, factual allegations relating to the amount of damages are not taken as true. *Curtis*, 33 F. Supp. 3d at 1211. A "plaintiff is required to prove all damages sought in the complaint, and the court must ensure that the amount of damages is reasonable and demonstrated by the evidence." *Id.*

Plaintiff is seeking confirmation and entry of an international arbitration award. (Dkt .No.

1 at 1.) Plaintiff's complaint alleges that following an arbitration proceeding in London, England, the arbitrator ordered Defendant Express Pacific to pay Plaintiff $2,100,000.00, plus a delayed payment administration fee of $3,750.00, plus interest at the rate of 4.5% per annum as of October 3, 2014. (Dkt. No. 1 at 3.)

Taking these allegations as true, the Court finds that they are sufficient to establish liability. Further, Plaintiff has provided evidence to support the amount of damages. (Dkt. No. 13.)

It is hereby ORDERED that:

1. Plaintiff's motion for default judgment (Dkt. No. 10) is GRANTED.
2. Default judgment is entered in favor of Plaintiff ING Bank, N.V. against Defendant Express Pacific, LLC.
3. Plaintiff is AWARDED $2,103,750.00 plus interest at the rate of 4.5% per annum calculated from October 3, 2014.

The Clerk is DIRECTED to close this case.

DATED this 15th day of June, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE